**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | |
|---|---|
| SWIPE INNOVATIONS, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>WORLDPAY US, INC.,<br><br>    Defendant. | CASE NO. 9:12-CV-75<br><br>JUDGE RON CLARK |

## NOTICE OF SETTLEMENT AS TO WORLDPAY

The plaintiff, Swipe Innovations, LLC, and defendant, WorldPay US, Inc., hereby notify the Court that they have settled the claims between them, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" and dated April 25, 2013, with each party to bear its own costs, expenses and attorneys' fees.  The parties are moving expeditiously to complete all steps required for dismissal, and expect to file dismissal documents within ten business days.

Dated:  April 25, 2013                     Respectfully submitted,

                                             /s/ Larry D. Thompson, Jr.

                                            Larry D. Thompson, Jr. (lead attorney)
                                            Texas Bar No. 24051428
                                            larry@ahtlawfirm.com
                                            Matthew J. Antonelli
                                            Texas Bar No. 24068432
                                            matt@ahtlawfirm.com
                                            Zachariah S. Harrington
                                            Texas Bar No. 24057886
                                            zac@ahtlawfirm.com

ANTONELLI, HARRINGTON & THOMPSON LLP
4200 Montrose Blvd., Ste. 430
Houston, TX 77006
(713) 581-3000
(713) 581-3020 fax

Stafford Davis
State Bar No. 24054605
THE STAFFORD DAVIS FIRM, PC
305 S. Broadway, Suite 406
Tyler, Texas 75702
(903) 593-7000 (phone)
(903) 705-7369 (fax)
sdavis@stafforddavisfirm.com


Attorneys for Swipe Innovations, LLC


/s/ Michael A. Oakes_____

Michael A. Oakes
moakes@hunton.com
Hunton & Williams, LLP
2200 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 419-2172
Facsimile: (202) 778-7459

Counsel for Defendant WorldPay US, Inc.

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff and Defendants consented to the foregoing notice.

/s/ Larry D. Thompson, Jr.
Attorney for Swipe Innovations, LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a), and, as such, this document was served on all counsel of record who are deemed to have consented to electronic service on April 25, 2013.

/s/Larry D. Thompson, Jr
Attorney for Swipe Innovations, LLC