**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| SWIPE INNOVATIONS, LLC | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 9-12-CV-75 |
| v. | § | |
| | § | JUDGE RON CLARK |
| WORDLPAY U.S. INC. | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

## ORDER OF DISMISSAL

Before the court is the parties' stipulated motion for dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). [Doc. # 41]. The court is of the opinion the stipulation should be entered and this case dismissed. It is **ORDERED** that all claims and counterclaims in this suit between Plaintiff Swipe Innovations LLC and Defendant WorldPay US, Inc.. are dismissed with prejudice, subject to the terms of an April 25, 2013 "Settlement and License Agreement". It is further **ORDERED** that costs of court and attorneys fees shall be taxed against the party incurring same.

So **ORDERED** and **SIGNED** this **10** day of **May, 2013.**

_____
Ron Clark, United States District Judge